595 A.2d 1146

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Freda L. FARRINGTON and Leroy Norton, Petitioners.**

Supreme Court of Pennsylvania.

Sept. 17, 1991.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The Order of the Superior Court, 408 Pa.Super. 633, 585 A.2d 537; 408 Pa.Super. 635, 585 A.2d 539 is vacated and this

case is remanded to the Superior Court for reconsideration in light of this Court's decision in *Commonwealth v. Edmunds*, 526 Pa. 374, 586 A.2d 887 (1991).